CHARLES RUSSELL SHEETS *v.* HELEN HAMILTON
SHEETS

[No. 71, October Term, 1937.]

*Decided January 12th, 1938.*

The cause was submitted on briefs to BOND, C. J.,
URNER, OFFUTT, PARKE, SLOAN, MITCHELL, SHEHAN, and
JOHNSON, JJ.

*Grymes & Hofferbert,* for the appellant.

*Bernard Meyerson,* for the appellee.

PARKE, J., delivered the opinion of the Court.